IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEDDINO JOHNSON,

      Petitioner,                  No. CIV S-03-1281 LKK KJM P

   vs.

JEANNE S. WOODFORD,

      Respondent.              <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file objections to the court's August 29, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's September 13, 2006 request for an extension of time is granted; and

       2. Petitioner is granted until October 2, 2006 to file objections to the court's August 29, 2006 findings and recommendations.

DATED: September 18, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

1/mp john1281.111